UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL G. DOLLFE, d/b/a GRADEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CATERPILLAR FINANCIAL SERVICES CORPORATION, *et al.*, <br><br> Defendants. | NO. CV-09-185-RHW <br><br> **ORDER DENYING MOTIONS AS MOOT** |

The parties in the above-captioned matter notified the Court that they have reached a settlement. Therefore, the motions that remain pending are denied as moot, with leave to renew.

Accordingly, **IT IS HEREBY ORDERED** that Ct. Recs. 33, 40, and 53 are **DENIED as moot, with leave to renew.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** this 30th day of December, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\CIVIL\2009\Dollfe\denymoot.ord.wpd

**ORDER DENYING MOTIONS AS MOOT** * 1