UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL G. DOLLFE, d/b/a GRADEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CATERPILLAR FINANCIAL SERVICES CORPORATION, *et al.*, <br><br> Defendants. | NO. CV-09-185-RHW <br><br> **ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal of Action with Prejudice (Ct. Rec. 61). The parties inform the Court that they have reached a settlement in the above-captioned matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal of Action with Prejudice (Ct. Rec. 61) is **GRANTED.**

2. The above-captioned civil action – and any and all claims or causes of action which have been or which could have been asserted herein – is **dismissed with prejudice** upon the merits, with each party to bear his, her, or its own

///
///
///
///
///

**ORDER OF DISMISSAL** * 1

1 attorneys' fees and costs of suit except as otherwise agreed to by and between the
2 parties.
3   **IT IS SO ORDERED.** The District Court Executive is directed to enter this
4 Order, provide copies to counsel, and **close the file**.
5   **DATED** this 17th day of February, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\CIVIL\2009\Dollfe\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 2